UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON THOMAS,

        Petitioner,                      Case No. 17-cv-10951
                                                     Hon. Matthew F. Leitman

v.

RANDALL HAAS,

       Respondent.
_____/

## JUDGMENT

The above entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Opinion and Order entered on March 20, 2020:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**, but Petitioner is **GRANTED** permission to appeal *in forma pauperis*.

                                                                     DAVID J. WEAVER
                                                                     CLERK OF THE COURT

                                                                     By:  s/Holly A. Monda
                                                                     Deputy Clerk

Approved:

s/Matthew F. Leitman                         Dated: March 20, 2020
Matthew F. Leitman                              Flint, Michigan
United States District Court

1